148 A.3d 748

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DEMETRIUS MIDDLETON, DEFENDANT-
PETITIONER.

FILED July 26, 2016

148 A.3d 748

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER,
v. S.B., DEFENDANT-RESPONDENT.

Filed July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005063-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.